PROB 12C
(6/16)

Report Date:  January 28, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 29, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel Alfredo Coreas, Jr.          Case Number: 0980 2:18CR00211-TOR-1

Address of Offender: ██████████████ Soap Lake, Washington 98851

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 2, 2019

| | |
|---|---|
| Original Offense: | Possession with the Intent to Distribute 5 Grams or More of Actual (Pure) Methamphetamine,  21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) |
| Original Sentence: | Prison - 84 months<br>TSR - 48 months |

| | | |
|---|---|---|
| | | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorneys Office | Date Supervision Commenced: September 20, 2023 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: September 19, 2027 |

---

### PETITIONING THE COURT

To issue a summons.

On September 21, 2023, Mr. Coreas reviewed and signed his supervised release conditions, acknowledging his understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Coreas is alleged to have violated his supervised release conditions by using fentanyl and/or methamphetamine on or about December 30, 2024.

On January 7, 2025, Mr. Coreas' treatment provider reported to the undersigned that the offender had provided a urinalysis on December 30, 2024, that was confirmed positive for fentanyl. On January13, 2025, after initially being deceitful with the undersigned, Mr. Coreas admitted to relapsing, on or about December 30, 2024. Additionally, he stated he did not knowingly use fentanyl though it was agreed that fentanyl could have been present in the methamphetamine.

| | |
|---|---|
| 2 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Coreas, Jr., Daniel Alfredo**
**January 28, 2025**
**Page 2**

> **Supporting Evidence**: Mr. Coreas is alleged to have violated his supervised release conditions by using methamphetamine on or about January 9, 2025.
>
> On January 10, 2025, Mr. Coreas provided a urinalysis that was presumptive positive for methamphetamine. After initially being deceitful when questioned about his last relapse, Mr. Coreas admitted to the undersigned, and via a signed document, that he last used methamphetamine on or about January 6, 2025.

3    **Standard Condition #4**: You must be truthful when responding to questions asked by your probation officer.

> **Supporting Evidence**: Mr. Coreas is alleged to have violated his supervised release conditions by being untruthful with his probation officer on January 10, 2025, in respect to his subsequent substance abuse relapses.
>
> On January 10, 2025, the undersigned inquired with Mr. Coreas about his confirmed positive urinalysis on December 30, 2024. When questioned if he had recently relapsed, he adamantly denied any type of substance abuse relapse. Upon providing a urinalysis that tested presumptive positive for methamphetamine, Mr. Coreas ultimately admitted to a U.S. probation officer that he last used methamphetamine on or about January 6, 2025. On January 13, 2025, Mr. Coreas admitted to the undersigned regarding his subsequent relapses and apologized profusely for his initial dishonesty.

4    **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

> **Supporting Evidence**: Mr. Coreas is alleged to have violated his supervised release conditions by using methamphetamine on or about January 23, 2025.
>
> On January 24, 2025, Mr. Coreas provided a urinalysis that tested presumptive positive for methamphetamine. Thereafter, Mr. Coreas readily admitted to the undersigned, and via a signed document, that he last used methamphetamine on or about January 23, 2025.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 28, 2025

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

**Prob12C**
**Re: Coreas, Jr., Daniel Alfredo**
**January 28, 2025**
**Page 3**

THE COURT ORDERS

[ ]     No Action
[ ]     The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]     The incorporation of the violation(s) contained in this petition
       with the other violations pending before the Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]     Other

_____
Thomas O. Rice
United States District Judge

_____
January 29, 2025
Date