PROB 12C
(6/16)

Report Date: February 11, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 11, 2025

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel Alfredo Coreas          Case Number: 0980 2:18CR00211-TOR-1

Address of Offender: ▇▇▇▇▇▇▇▇ Soap Lake, Washington 98851

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 2, 2019

Original Offense:    Possession with the Intent to Distribute 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)

Original Sentence:   Prison - 84 months          Type of Supervision: Supervised Release
                     TSR - 48 months

Asst. U.S. Attorney: Earl Allen Hicks              Date Supervision Commenced: September 20, 2023

Defense Attorney:    Federal Defenders Office      Date Supervision Expires: September 19, 2027

---

### PETITIONING THE COURT

To issue a **warrant** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on January 29, 2025.

On September 21, 2023, Mr. Coreas reviewed and signed his supervised release conditions, acknowledging his understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Coreas is alleged to have violated his supervised release conditions by using methamphetamine and/or fentanyl on or about February 9, 2025. |
| | On February 10, 2025, Mr. Coreas reported to the U.S. Probation Office as directed and he readily admitted to the undersigned, and via signed document, that he last used methamphetamine on or about February 9, 2025. Thereafter, Mr. Coreas provided a urinalysis that tested presumptive positive for methamphetamine and fentanyl. Mr. Coreas denied knowingly using fentanyl but acknowledged it could have been mixed in the methamphetamine he used. |

Prob12C
Re: Coreas, Daniel Alfredo
February 11, 2025
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/11/2025

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

February 11, 2025
Date