PROB 12C
(6/16)

Report Date: September 24, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 24, 2025

SEAN F. McAVOY, CLERK

ECF No. 78

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel Alfredo Coreas, Jr.      Case Number: 0980 2:18CR00211-TOR-1

Address of Offender: ███████████████ Soap Lake, Washington 98851

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 2, 2019

Original Offense: Possession with the Intent to Distribute 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)

Original Sentence: Prison - 84 months      Type of Supervision: Supervised Release
TSR - 48 months

Asst. U.S. Attorney: Earl Allan Hicks      Date Supervision Commenced: September 20, 2023

Defense Attorney: Nathan Poston      Date Supervision Expires: September 19, 2027

### PETITIONING THE COURT

To issue a warrant.

On September 21, 2023, Mr. Coreas reviewed and signed his supervised release conditions, acknowledging his understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Coreas is alleged to have violated his supervised release conditions by using methamphetamine on or about September 14, 2025. |
| | On September 15, 2025, the undersigned made contact with Mr. Coreas at his residence and he was informed that a urinalysis was going to be collected. Mr. Coreas subsequently admitted to the undersigned, and a via a signed document, that he last used methamphetamine on or about September 14, 2025. |
| 2 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: It is alleged that Mr. Coreas violated the conditions of his supervised release by committing the crime of fourth degree assault. |

Prob12C
Re: Coreas, Jr., Daniel Alfredo
September 24, 2025
Page 2

On September 23, 2025, per Spokane Police Department (SPD) report 2025-20196481, a SPD officer responded to a domestic violence call for service. Upon the SPD officer's arrival, he was met by a female outside of her apartment and she reported was the ex-girlfriend of Mr. Coreas and that they share a child in common. She further reported that while they are not currently in a dating relationship, they have maintained a sexual relationship. The ex-girlfriend reported that earlier in the day, Mr. Coreas showed up to her apartment unannounced and they had sexual intercourse. Afterward the ex-girlfriend stated she confronted Mr. Coreas about being disloyal, in which he got upset and punched her 8 to10 times in the back of the head, while they were on the bed. The ex-girlfriend was able to block the punches with the back of her hand so she did not have injuries to her head. She also reported that he grabbed her by the neck and shoved her down on the bed. The SPD officer observed swelling on the top of her left hand and a picture of this injury was taken. The ex-girlfriend stated that Mr. Coreas was currently in the apartment sleeping as he was coming down from using drugs. Mr. Coreas was arrested without incident and charged with the aforementioned crime and booked into the Spokane County Jail, where he remains as of this writing.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     September 24, 2025

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.

Signature of Judicial Officer

September 24, 2025
Date