PROB 12C
(6/16)

Report Date: September 29, 2025

## United States District Court

#### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 29, 2025**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision    ECF No. 84

| | |
|---|---|
| Name of Offender: Daniel Alfredo Coreas, Jr. | Case Number: 0980 2:18CR00211-TOR-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮ Soap Lake, Washington 98851 | |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 2, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Possession with the Intent to Distribute 5 Grams or More of Actual (Pure) Methamphetamine,  21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) | | |
| Original Sentence: | Prison - 84 months<br>TSR - 48 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: | September 20, 2023 |
| Defense Attorney: | Nathan Poston | Date Supervision Expires: | September 19, 2027 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on September 24, 2025.

On September 21, 2023, Mr. Coreas reviewed and signed his supervised release conditions, acknowledging his understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Coreas is alleged to have violated his supervised release conditions by using methamphetamine and fentanyl on or about September 22, 2025. |
| | On September 22, 2025, Mr. Coreas provided a urinalysis via his treatment provider. On September 26, 2025, the urinalysis was confirmed positive for the presence of both methamphetamine and fentanyl. |

Prob12C

Re: Coreas, Jr., Daniel Alfredo
September 29, 2025
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 29, 2025

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Thomas O. Rice*

Signature of Judicial Officer

September 29, 2025

Date