PROB 12C
(6/16)

Report Date: June 9, 2026

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 10, 2026

SEAN F. McAVOY, CLERK

ECF No 102

Name of Offender: Daniel Alfredo Coreas, Jr.          Case Number: 0980 2:18CR00211-TOR-1

Address of Offender: ██████████████████, Soap Lake, Washington  98851

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 2, 2019

| | |
|---|---|
| Original Offense: | Possession with the Intent to Distribute 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. §  841(a)(1), (b)(1)(B)(viii) |

| | | |
|---|---|---|
| Original Sentence: | Prison - 84 months TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (10/29/2025) | Prison - 7 months TSR - 30 months | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: February 17, 2026 |
| Defense Attorney: | Nathan Poston | Date Supervision Expires: August 16, 2028 |

---

### PETITIONING THE COURT

To issue a summons.

On February 19, 2026, Mr. Coreas, Jr., reviewed and signed his supervised release conditions, acknowledging his understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer. |

**Supporting Evidence**: It is alleged that Mr. Coreas, Jr., violated the conditions of his supervised release on May 19, 2026, by knowingly interacting with someone who was engaging in criminal activity, and who was previously convicted of a felony.

(See narrative in violation number 2)

Prob12C
**Re: Coreas, Jr., Daniel Alfredo**
**June 9, 2026**
**Page 2**

2          **Standard Condition #9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

**Supporting Evidence**: It is alleged that Mr. Coreas violated the conditions of his supervised release by failing to notify the probation officer within 72 hours of his law enforcement contact that occurred on May 19, 2026.

On May 19, 2026, in Kennewick, Washington, an officer was dispatched to a theft in progress at Wal-Mart. The officer was advised that a male, later identified as Mr. Coreas, and a female were observed via a surveillance camera concealing items in their cart.

Upon arriving on scene, officers reviewed the surveillance footage which showed Mr. Coreas and the female in question concealing clothing items inside a tote bag in their shopping cart. Additionally, the female was observed placing the already concealed items within the tote bag inside a large plastic bin. Both Mr. Coreas and the female continued to grab more items while inside the store.

According to the officers on scene, Mr. Coreas was seen on live feed handing the female money and a bank card before entering the restroom. The female was then observed paying for only a small number of items she had in her cart prior to her attempt to exit the store. Mr. Coreas then joined her outside.

At that time, Mr. Coreas and the female were detained. While conducting a frisk of the female, the detaining officer observed a handgun in her pocket, which was identified as a 9 mm handgun. The female made a statement to the arresting officer that Mr. Coreas had nothing to do with the theft, and that it was all her idea. Furthermore, the female took ownership of the seized firearm, stating that she had bought it the day prior to protect herself in a domestic violence situation with her ex-partner. A background check on the female was conducted which revealed that she was a felon, having been convicted of 2nd degree robbery on September 22, 2014.

The female was subsequently arrested for unlawful possession of a firearm in the 1st degree, and theft in the 3rd degree. Mr. Coreas was eventually released from detainment as both he and the female stated that the theft was her idea, and that he provided her with money so that she could pay for the items despite not doing so. It should be noted, that when questioned by the detaining officer about his involvement with the female, Mr. Coreas stated that he was unaware of the fact that she had a firearm and that he barely knew her. Mr. Coreas was trespassed from the location for 99 years.

The offender failed to notify the undersigned officer of his contact with law enforcement that took place on this date.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

Prob12C

**Re: Coreas, Jr., Daniel Alfredo**
**June 9, 2026**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/09/2026

s/Derrick Findley

Derrick Findley
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

*Thomas O. Rice*

Signature of Judicial Officer

June 10, 2026

Date